# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION

In re: MARGARET E MULLENDORE     §      Case No. 14-06352
                                 §
                                 §
          Debtor(s)          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Brett N. Rodgers, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 09/30/2014.

2) The plan was confirmed on 01/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 04/29/2015.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,827.81.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 7,404.96 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,404.96 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,201.00 | |
| Court Costs | $ 290.00 | |
| Trustee Expenses & Compensation | $ 348.04 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,839.04 |

Attorney fees paid and disclosed by debtor(s):  $ 999.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRAVIS THOMAS RUSSELL | Lgl | 3,200.00 | 3,200.00 | 3,200.00 | 2,201.00 | 0.00 |
| PREFERRED FEDERAL CREDIT | Sec | 16,074.00 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY INC | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 30,838.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 482.00 | 482.48 | 482.48 | 16.62 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP1/ARTVN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP1/VLCTY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 982.00 | 982.64 | 982.64 | 33.85 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK / EDDIE BAUER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 754.92 | 754.92 | 26.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL / JJILL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CPU/CBNA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Uns | 0.00 | 700.24 | 700.24 | 24.13 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 855.00 | 855.46 | 855.46 | 29.47 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 6,811.89 | 6,811.89 | 110.17 | 0.00 |
| FIFTH THIRD BANK | Uns | 20,350.00 | 24,056.37 | 24,056.37 | 828.67 | 0.00 |
| FIFTH THIRD BANK | Uns | 19,116.00 | 22,676.56 | 22,676.56 | 781.13 | 0.00 |
| FIFTH THIRD BANK | Uns | 15,448.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BK/OLD NAVY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB / LOWES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK/ PAYPAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GINNYS / SWISS COLONY INC | Uns | 392.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 1,817.00 | 1,817.95 | 1,817.95 | 62.62 | 0.00 |
| MIDWEST RECEIVABLE SOLUTIONS | Uns | 258.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,880.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 294.00 | 294.09 | 294.09 | 10.13 | 0.00 |
| PRIMARY FINANCIAL SERVICES | Uns | 458.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 1,879.60 | 1,879.60 | 64.75 | 0.00 |
| STELLAR RECOVERY INC | Uns | 321.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/GAP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB - TARGET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNVL / CITI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 412.64 | 412.64 | 14.21 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WF FIN BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CERASTES LLC | Uns | 0.00 | 510.00 | 510.00 | 17.57 | 0.00 |
| KATHERINE HENRY | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CERASTES WTB LLC | Uns | 0.00 | 300.00 | 300.00 | 10.33 | 0.00 |
| UNITED FEDERAL CREDIT UNION | Uns | 0.00 | 1,221.41 | 1,221.41 | 42.08 | 0.00 |
| AMERICAN EXPRESS | Uns | 0.00 | 13,295.34 | 13,295.34 | 457.99 | 0.00 |
| MICHIGAN DEPT OF TREASURY | Pri | 0.00 | 2,019.83 | 2,019.83 | 2,019.83 | 0.00 |
| MICHIGAN DEPT OF TREASURY | Uns | 0.00 | 475.50 | 475.50 | 16.37 | 0.00 |
| CLERK OF THE COURT | Adm | 310.00 | 310.00 | 310.00 | 290.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,019.83 | $ 2,019.83 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,019.83 | $ 2,019.83 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 77,527.09 | $ 2,546.09 | $ 0.00 |

<u>Disbursements:</u>

| | | |
|---|---|---|
| Expenses of Administration | $ 2,839.04 | |
| Disbursements to Creditors | $ 4,565.92 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 7,404.96 |

12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  06/02/2015                    By:  /s/ Brett N. Rodgers
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)